950

No. 883. INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, LOCAL 133, UAW, AFL–CIO v. FAFNIR BEARING CO. ET AL. C. A. 2d Cir. Certiorari granted. *Joseph L. Rauh, Jr., John Silard, Stephen I. Schlossberg, Benjamin Rubenstein* and *William S. Zeman* for petitioner. *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent National Labor Relations Board.

No. 909. UNITED STATES ET AL. v. WILSON & CO., INC., ET AL. C. A. 7th Cir. Certiorari granted. *Solicitor General Cox, Assistant Attorney General Orrick, Lionel Kestenbaum, Henry Geller* and *Daniel R. Ohlbaum* for the United States et al. *James E. Knox, Jr.,* for Wilson & Co., Inc., et al., and *Kenneth F. Burgess, Howard J. Trienens* and *Gary L. Cowan* for American Telephone & Telegraph Co. et al., respondents.

No. 474. PAN-AMERICAN WORLD AIRWAYS, INC., ET AL. v. O'HEARNE, DEPUTY COMMISSIONER, FIFTH COMPENSATION DISTRICT, DEPARTMENT OF LABOR, BUREAU OF EMPLOYEES' COMPENSATION. C. A. 4th Cir. Certiorari denied. *John W. Winston* for petitioners. *Solicitor General Cox* for respondent.

No. 825. EBER BROS. WINE & LIQUOR CORP. v. UNITED STATES. Ct. Cl. Certiorari denied. *Justin N. Feldman, Herbert Prashker* and *Robert B. Shapiro* for petitioner. *Solicitor General Cox, Assistant Attorney General Douglas* and *Morton Hollander* for the United States.